# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : |
| | : |
| **JOSE ANTONIO GONZALEZ** | :    **CRIMINAL NO. 19-453** |

**AND NOW**, this 10th day of October, 2024, it is **ORDERED** that the Defendant's motion for reduction of sentence [Doc. 55] is **DENIED**.

**BY THE COURT**:

**/s/ Jeffrey L. Schmehl**

JEFFREY L. SCHMEHL, J.